# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0042.  WILHY HARPO v. ATTIC NOOK SELF STORAGE, ET AL.**

Appellant Wilhy Harpo's Emergency Motion to Compel Production of Trial Court Appeal Cost Bill and Transmittal the Appellate Record is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/25/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*